STATE OF NEW JERSEY v. JOHN HUMPHREY.

April 19, 1989.

Petition for certification denied.

MEDICAL SOCIETY OF NEW JERSEY, ET AL. v. NEW JERSEY DEPARTMENT OF LAW AND PUBLIC SAFETY, ET AL. AND STATE BOARD OF PHYSICAL THERAPY.

April 19, 1989.

Petition for certification granted. (See 229 *N.J.Super.* 128)

SOPHIA ZIGOURAS v. PEGGY PUDER, ET AL.

April 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES J. PASANEN.

April 19, 1989.

Petition for certification granted. (See 229 *N.J.Super.* 553)